# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:12-cv-01003-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT**<br><br>ECF Nos. 9, 11 |

Plaintiff Michael Anthony Todd ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On June 21, 2012, Plaintiff filed his original complaint. On July 27, 2012, Plaintiff filed a motion requesting the addition of further pleadings to his complaint. ECF No. 9. On August 6, 2012, Plaintiff filed a motion to clarify his complaint. ECF No. 11. Plaintiff had moved to include additional pleadings concerning his religion, and to clarify that he requests a trial by jury.

Both motions are moot. On September 11, 2012, Plaintiff filed his First Amended Complaint, which has resolved both of Plaintiff's prior issues. ECF No. 13. Accordingly, it is HEREBY ORDERED that Plaintiff's motions are denied as moot.

IT IS SO ORDERED.

Dated:   **February 21, 2013**          /s/ *Dennis L. Beck*
                                UNITED STATES MAGISTRATE JUDGE

1