# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01003 LJO DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Michael Anthony Todd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 23, 2015, the Court ordered Plaintiff to return service documents within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has failed to comply with the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to comply with the Court's September 23, 2015, order. Plaintiff must file a response to this order within thirty (30) days of the date of service. Plaintiff may also comply with this order by returning service documents.

///

///

///

<u>Failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **November 4, 2015**                                         /s/ *Dennis L. Beck*
                                                                                UNITED STATES MAGISTRATE JUDGE

2