# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 1:12-cv-01003 LJO DLB PC<br><br>ORDER VACATING<br>ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING CLERK TO RESERVE DOCUMENT 27 ON PLAINTIFF<br><br>THIRTY-DAY DEADLINE |

Plaintiff Michael Anthony Todd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 4, 2015, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to return service documents pursuant to the September 23, 2015, order.

Subsequently, Plaintiff filed a notice with the Court requesting the status of his action. The notice reflected a new address. Accordingly, as it appeared that Plaintiff did not receive the order to return service documents, the Court DISCHARGES the order to show cause.

To ensure that Plaintiff has received all filings since this action was remanded, the Clerk of Court is DIRECTED to reserve the Court's September 23, 2015 order (Document 27) on Plaintiff.

///

///

1

1    Plaintiff is ORDERED to comply with the September 23, 2015, order within thirty (30) days
2 of the date of service of this order.  As the order to show cause has been discharged, Plaintiff need
3 not respond.

IT IS SO ORDERED.

   Dated:   **November 10, 2015**                    /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE