1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 MICHAEL ANTHONY TODD, | Case No. 1:12-cv-01003 DAD DLB PC |
| 12           Plaintiff, | ORDER VACATING ORDER DIRECTING SERVICE AND RECALLING SERVICE |
| 13    v. | DOCUMENTS FROM UNITED STATES MARSHAL |
| 14 CDCR, et al., | (Document 34) |
| 15           Defendants. | |

16

17      Plaintiff Michael Anthony Todd ("Plaintiff") is a state prisoner proceeding pro se and in

18 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

19      On December 4, 2015, after the Ninth Circuit Court of Appeals reversed this Court's order

20 dismissing the action in part, the Court ordered the United States Marshal to serve eight Defendants.

21 Upon further review, the Court VACATES the order directing service by the United States Marshal

22 and RECALLS the service documents. At this time, the United States Marshal need not serve any

23 Defendants in this matter.[1]

24

IT IS SO ORDERED.

25

26   Dated:   __December 22, 2015__          __/s/ Dennis L. Beck__

27                                          UNITED STATES MAGISTRATE JUDGE

28

---

[1] In a separate order, the Court explained that it will re-screen the First Amended Complaint consistent with the Ninth Circuit's order remanding the action.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28