UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY TODD,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.  1:12-cv-01003-DAD-BAM (PC)<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING RULING ON MOTION TO DISMISS** |

Pursuant to the stipulation of the parties, and good cause appearing, this action is HEREBY STAYED pending the Court's resolution of the motion to dismiss the second amended complaint filed by Defendants Indermill, Albitre, and Carron filed on July 28, 2016.

IT IS SO ORDERED.

    Dated:   **January 12, 2017**            /s/ Barbara A. McAuliffe            
                                             UNITED STATES MAGISTRATE JUDGE

1